# United States Court of Appeals for the Federal Circuit

April 22, 2005

ERRATA

Appeal No. 04-1103

Hoffer. v. Microsoft Corp.

Decided:  April 22, 2005.                    Precedential

In the majority opinion, the following change is made:

At page 6, line 4, of the slip opinion, replace

"claim 1" with -- claim 21 --.